# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ROYLEE SMITH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV413-237 |
| ) | |
| SHERIFF AL ST. LAWERENCE; ) | |
| FRANK PENNINGTON, ) | |
| Assistant District Attorney, ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

Inmate Roylee Smith brought this 42 U.S.C. § 1983 case against a prosecutor and his former jailer alleging, *inter alia*, that they violated his Fourth Amendment rights. Doc. 1 at 7. However, he has since failed to keep the Court apprised of his current address; the Court's last Order directing further filings from him has been returned by the Postal Service as "underliverable." Docs. 7 & 8. Per Local Rule 11.1, it was Smith's continuing duty to keep the Court apprised of his current address. Without it, the Court cannot move this case forward or even communicate with plaintiff.

A court has the power to prune from its docket those cases that amount to no more than mere deadwood. Accordingly, plaintiff's complaint should be **DISMISSED** without prejudice for his failure to prosecute this action. L.R. 41(b); see *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co- op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED,** this 3rd day of January, 2014.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA