# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ROYLEE SMITH )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SHERIFF AL ST. LAWERENCE; )<br>FRANK PENNINGTON, )<br>Assistant District Attorney, )<br>)<br>Defendants. ) | Case No. CV413-237 |

## REPORT AND RECOMMENDATION

Due to an inmate prison address foul-up stemming from the transfer of this case from another district, doc. 16 at 2-3, the Court **VACATES** its February 4, 2014 Report and Recommendation. Doc. 12. However, plaintiff has returned only his Consent Form, doc. 16, and not the Prison Account Statement as directed by the Court's prior Order, doc. 7. Plaintiff must file that within 21 days of the date this Order is served or face another recommendation of dismissal.

Meanwhile, plaintiff's summary judgment motion (doc. 14) must be denied as frivolous -- this case has not even reached the stage where he is

authorized to serve a defendant.

**SO REPORTED AND RECOMMENDED**, this 18TH day of February, 2014.

/s/ M. Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA