UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| ROYLEE SMITH | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. CV413-237 |
| SHERIFF AL ST. LAWERENCE; FRANK PENNINGTON, Assistant District Attorney, | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDAITON

Inmate Roylee Smith's case must be **DISMISSED** for failing to comply with a Court Order.[1] As previously explained, this *pro se* inmate-plaintiff has returned only his Consent Form, doc. 16, but not the Prison Account Statement as directed by the Court's prior Order conditionally granting him leave to proceed *in forma pauperis*. The Court thus gave him 21 days to comply or face a recommendation of dismissal. Doc. 18. Instead of complying, Smith has filed a motion for

---

[1] *See* S.D. Ga. LR 41(b); *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

summary judgment, doc. 25, which should be **DENIED** as frivolous (no Answer has been filed in this case) and moot.

**SO REPORTED AND RECOMMENDED** this 24th day of March, 2014.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA